UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | No. 2:25-cv-00577-SDN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KAMIL SUJA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR STIPULATED JUDGMENT**

Plaintiff, by undersigned counsel, and Defendant jointly move for entry of Judgment against Defendant and in favor of Plaintiff on the Complaint, Dkt. #1, in the above-captioned action. The parties agree that judgment shall be entered in the amount of $46,664.00 in favor of Plaintiff according to the terms of the proposed attached Stipulated Judgment (the "Proposed Stipulated Judgment"), a copy of which will further be provided to the Clerk's Office in electronic format contemporaneously herewith.

The Parties seek to resolve fully the instant lawsuit according to entry by the Court of the Proposed Stipulated Judgment.

WHEREFORE, the parties request that this Honorable Court grant their motion and enter the Proposed Stipulated Judgment as to Defendant.

Dated: December 29, 2025                    ANDREW B. BENSON
Portland, Maine                             U.S. Attorney for the District of Maine


                                            _/s/ James D. Concannon_____
                                            JAMES D. CONCANNON
                                            Assistant U.S. Attorney
                                            100 Middle Street
                                            East Tower, 6th Floor
                                            Portland, Maine 04101
                                            (207) 780-3257
                                            James.Concannon@usdoj.gov
                                            *On behalf of the United States*




                                            DEFENDANT




                                            _/s/ Kamil Suja_____
                                            Kamil Suja

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2025, I caused the foregoing to be electronically filed with Clerk of Court using the CM/ECF system. I also caused a copy to be sent to Defendant at the following address:

Kamil Suja
91 Sunset Avenue
South Portland, ME 04106


ANDREW B. BENSON
United States Attorney

/s/ James D. Concannon
James D. Concannon
Assistant U.S. Attorney
100 Middle Street, 6th Floor
Portland, ME 04101
(207) 780-3257
James.Concannon@usdoj.gov