UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| ) | No. 2:25-cv-00577-SDN |
| Plaintiff,  ) | |
| ) | |
| v.  ) | |
| ) | |
| KAMIL SUJA,  ) | |
| ) | |
| ) | |
| Defendant.  ) | |

**STIPULATED JUDGMENT**

Plaintiff and Defendant having jointly moved for stipulated judgment, Dkt. #3, and that motion having been granted by United States District Judge Stacey D. Neumann, it is hereby:

ORDERED that Defendant, Kamil Suja, pay to the United States of America pursuant to the Complaint and the Settlement Agreement, the amount of Forty-Six Thousand, Six-Hundred and Sixty-Four Dollars ($46,664.00) ("the judgment debt"), with all parties bearing their own costs; and it is further

ORDERED that Defendant agrees to submission by the U.S. Department of Justice of his judgment debt to the Department of the Treasury for inclusion in the Treasury Offset Program, under which any federal payment Defendant would normally receive may be offset and applied to this debt; and it is further

ORDERED that Defendant shall keep the United States informed in writing of any material change in his financial condition or ability to pay the judgment debt, and of any change in his employment, place of business and/or residential address, or telephone number. Defendant shall provide such information in writing to the United

States Attorney, Financial Litigation Unit, 202 Harlow Street, Room 111, Bangor, Maine, 04401, and it is further

ORDERED that this judgment shall be recorded in the Office of the State of Maine Secretary of State, the Registry of Deeds/Clerk's Office in the county of Defendant's residence and any and all other counties in which Defendant owns or has a property interest in any real or personal property as a lien thereon; and is it further

ORDERED that such judgment be, and the same hereby is, entered in accordance with the foregoing.


Dated: January 7, 2026

/s/ Stace D. Neumann
Stacey D. Neumann
United States District Judge


Dated: December 29, 2025
      Portland, Maine

ANDREW B. BENSON
U.S. Attorney for the District of Maine

/s/ James D. Concannon
JAMES D. CONCANNON
Assistant U.S. Attorney
100 Middle Street
East Tower, 6th Floor
Portland, Maine 04101
(207) 780-3257
James.Concannon@usdoj.gov
*On behalf of the United States*


DEFENDANT

/s/ Kamil Suja
Kamil Suja

2